**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**RENÉE MARIE BUMB**             MITCHELL H. COHEN COURTHOUSE
**UNITED STATES DISTRICT JUDGE**     1 John F. Gerry Plaza, Chambers 6050
                                                                         P.O. Box 2736
                                                                          Camden, New Jersey 08101
                                                                          (856) 757-5020   Fax (856) 757-5474

April 22, 2021

**SUBMITTED VIA EMAIL AND ELECTRONICALLY FILED**

Julie A. McGrain
Office of the Federal Public Defender
800 - 840 Cooper Street
Suite 350
Camden, NJ 08102

Re:      <u>United States of America v. Leroy Brooks</u> (14-382-2).

Dear Counsel:

    On March 11, 2021, the Court received a letter from the Federal Public Defender's Office stating that the office could screen Defendant's Motion for Compassionate Release pursuant to Standing Order No. 2020-08 but was unable to represent Defendant on other issues. Thereafter, the Court entered an Order for the Public Defender to perform this screening [<u>see</u> Docket No. 193] and appointed different counsel to represent Defendant on a post-appeal matter. [<u>See</u> Docket No. 196].

    Counsel is now kindly requested to update the Court on the status of its review within 14 days from receipt of this letter.

                                              <u>s/Renée Marie Bumb</u>
                                              RENÉE MARIE BUMB
                                              United States District Judge